[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 15, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-17133
Non-Argument Calendar

_____

D. C. Docket No. 03-00015-CR-003-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEITH BLACKWELL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(June 15, 2009)

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

D. Nicole Williams, appointed counsel for Keith Blackwell in this appeal

from the denial of relief under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation and filed a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Blackwell's § 3582(c)(2) motion is **AFFIRMED**.